IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KYLE MARCEL PAGE | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 18-609 |
| CHIEF DANIEL DOYLE, *et al.* | : | |

## ORDER

**AND NOW**, this 12th day of June 2018, upon considering Defendant Eric Landamia's Motion to dismiss (ECF Doc. No. 20), Defendant Doyle's Motion to partially dismiss (ECF Doc. No. 22), the *pro se* Plaintiff's Response (ECF Doc. No. 24), and for reasons in the accompanying memorandum, it is **ORDERED** the Defendants' Motions (ECF Doc. No. 20, 22) are **GRANTED**:

1. We **DISMISS** Plaintiff's claims for perjury and forgery **with prejudice**;

2. We **DISMISS** Plaintiff's claims for verbal harassment, false imprisonment, defamation of character, slander, fabrication of evidence and excessive force (against Mr. Landamia) **without prejudice**;

3. We **GRANT** Mr. Page leave to file an amended complaint **no later than July 13, 2018** if he can cure the several pleading defects defined in our accompanying memorandum with facts asserted in good faith under Fed. R. Civ. P. 11; The Clerk of Court shall furnish Mr. Page with a blank copy of our current standard civil complaint form bearing the above civil action number and Mr. Page shall clearly describe his next filing as an <u>amended</u> complaint; and,

4. Defendant Doyle's filing of a response to the Complaint (ECF Doc. No. 7)(should Mr. Page decline to amend under Paragraph 3) is **deferred** until **July 23, 2018**.

_____
KEARNEY, J.