# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KYLE MARCEL PAGE | : | CIVIL ACTION |
| --- | --- | --- |
| v. | : | NO. 18-609 |
| CHIEF DANIEL DOYLE, *et al.* | : | |

## ORDER

**AND NOW,** this 27th day of December 2018, upon considering Defendant's Motion to quash the objections to its subpoena (ECF Doc. No. 54), with no timely response under our Policies, and for reasons in the accompanying Memorandum, it is **ORDERED** the Defendant's Motion (ECF Doc. No. 54) is **GRANTED**, the subpoenaed witnesses' objections are **OVERRULED**, and the subpoenaed witnesses shall produce all responsive documents no later than **January 4, 2019** along with a specific privilege log detailing the date, author, recipient and subject matter based solely on attorney-client or work-product privileges.

_____
KEARNEY, J.