# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KYLE MARCEL PAGE | : CIVIL ACTION |
|---|---|
| v. | : NO. 18-609 |
| DANIEL DOYLE | : |

## ORDER

**AND NOW**, this 24th day of April 2019, upon considering Defendant's Motion (ECF Doc. No. 64) for summary judgment, Plaintiff's Response (ECF Doc. No. 70), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 64) is **DENIED**.

KEARNEY, J.